Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Efrain Cassio raises arguments that are foreclosed by *United States v. Lopez–Ortiz,* 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rogelio PEREZ–TRUJILLO, also known as Roberto Gutierrez, also known as Rogelio Cerda–Trevino, also known as Eduardo Hernandez Lozano, Defendant–Appellant.**

**No. 05–10039.
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Dec. 14, 2005.

Susan B. Cowger, Tamara Lynn Reno, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

---

Robert Jackson Herrington, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Rogelio Perez–Trujillo raises arguments that are foreclosed by *United States v. Mares,* 402 F.3d 511, 520 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005), and its progeny, which held that unpreserved claims based on *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), are reviewed for plain error and by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.